A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

49 So.2d 923

### Huey BOYD v. STATE.
### 6 Div. 114.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

44 So.2d 909

### Kelsey BOYD v. STATE.
### 8 Div. 850.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

46 So.2d 859

### Joe BOYD v. STATE.
### 6 Div. 937.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 32

### Ernest BOYETTE v. STATE.
### 6 Div. 820.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

46 So.2d 859

### Millard BRADFORD v. STATE.
### 1 Div. 595.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Clarke County; Joe M. Pelham, Jr., Judge.

Carnal knowledge.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

47 So.2d 919

### J. W. BRADFORD v. STATE.
### 7 Div. 105.

Court of Appeals of Alabama.
July 12, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

660

Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

51 So.2d 912

### Howard BRADFORD v. STATE.
7 Div. 85.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

PER CURIAM.

Appeal dismissed.

47 So.2d 919

### J. B. BRAMLETT (Family Finance Co.) v. Clarence YOUNG.
7 Div. 73.

Court of Appeals of Alabama.
May 25, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Lee Porter, of Gadsden, for appellant.

Robt. H. King, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

46 So.2d 859

### Earl BRAXTON v. STATE.
4 Div. 136.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

Transporting prohibited liquor.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

51 So.2d 912

### Ollie BRIGGS, Jr., and Willie Briggs v. STATE.
3 Div. 931.

Court of Appeals of Alabama.
Jan. 9, 1951.

Appeal from Circuit Court, Conecuh County; F. W. Hare, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 912

### Theodore BRIGGS and Ernest Johnson v. STATE.
3 Div. 930.

Court of Appeals of Alabama.
Jan. 9, 1951.

Appeal from Circuit Court, Conecuh County; F. W. Hare, Judge.

PER CURIAM.

Appeal dismissed.

48 So.2d 889

### Jeff BROCK v. STATE.
4 Div. 163.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Houston County; D. C. Halstead, Judge.

Grand larceny.

J. Hubert Farmer, of Dothan, for appellant.